**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| REGINA JACKSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 16-792-GMS |
| SECURITY CREDIT SYSTEMS, INC., | : |
| | : |
| Defendant. | : |

## **STIPULATION TO DISMISS**

Pursuant to Rule 41(a)(1)(A)(ii), counsel for Plaintiff Regina Jackson and Defendant Security Credit Systems, Inc. jointly move for dismissal without prejudice of all claims asserted by and between the parties in this action with each party to bear its own costs and fees.

*/s/ W. Christopher Componovo*
W. Christopher Componovo (#3234)
Kimmel & Silverman, P.C.
Silverside Carr Executive Center
Suite 118, 501 Silverside Road
Wilmington, DE 19809
(302) 791-9373
wcomponovo@lemonlaw.com

*Attorney for Plaintiff Regina Jackson*

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Nicole K. Pedi (#6236)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
pedi@rlf.com

*Attorneys for Defendant Security Credit Systems, Inc.*

Dated: June 19, 2017

IT IS SO ORDERED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE